C-13-15(a)Motion
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| ROBINSON, ANTHONY DELON    xxx-xx-7371 | ) | |
| 402 WOODHAVEN DR | ) | |
| BURLINGTON, NC 27217 | ) | No:  18-10874    C-13G |
| | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed October 31, 2018.  The current plan payment is $875.00 per month and a review of the plan indicates that the plan payment will need to increase to at least $995.00 per month by July 2019 in order to deal with plan debt due to the mortgage arrearage claim in the case.  The Trustee recommends that an Order be entered modifying the plan with plan payment to increase to $995.00 per month effective July 2019.

Date:  May 21, 2019                                                                                                    s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                                              Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  June 21, 2019   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  July 15, 2019  at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **May 22, 2019**                                                                                       OFFICE OF THE CLERK
                                                                                                                                    U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
18-10874 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

ANTHONY DELON ROBINSON
402 WOODHAVEN DR
BURLINGTON, NC 27217

SHERRI LYNN HAMLETT ESQ
P O DRAWER 59
BURLINGTON, NC 27216