**Fill in this information to identify the case:**

Debtor 1   Anthony DeLon Robinson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of North Carolina

Case number 18-10874

## Official Form 410S2
### Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC        **Court claim no**. (if known):  2

**Last four digits** of any number you use to identify the debtor's account: 5711

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒  No
☐  Yes. Date of the last notice: _____/____/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 10/11/2018 | (5) | $ 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor1   Anthony DeLon Robinson                    Case number *(if known)* 18-10874
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘  /s/Neil D Jonas                                           Date  03/21/2019
   Signature

**Print:**  Neil D Jonas                                     Title  Attorney
         First Name   Middle Name   Last Name

Company  Brock & Scott, PLLC

Address  8757 Red Oak Blvd., Suite 150
         Number            Street

         Charlotte, NC 28217
         City            State    ZIP Code

Contact phone  704-369-0676                                  Email  bankruptcy@brockandscott.com

Official Form 410S2       **Notice of Postpetition Mortgage Fees, Expenses, and Charges**         page 2

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION**

| | |
|---|---|
| IN RE:<br>ANTHONY DELON ROBINSON<br>DEBTOR | CASE NO. 18-10874<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Proof of Claim Supplement in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Anthony DeLon Robinson
402 Woodhaven Dr
Burlington, NC 27217

Sherri Lynn Hamlett
P.O. Drawer 59
3453 Forestdale Drive
Burlington, NC 27216

Anita Jo Kinlaw Troxler
500 W. Friendly Ave.
P.O. Box 1720
Greensboro, NC 27402-1720

This the 21st day of March 2019.

    /s/ Neil D Jonas
    Neil D Jonas
    Brock & Scott, PLLC
    8757 Red Oak Blvd., Suite 150
    Charlotte, NC 28217
    Ph: 704-369-0676
    Fax: 704-359-0760
    bankruptcy@brockandscott.com